IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSHUA BRENNER, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WATCH GANG, INC.<br><br>&<br><br>MATTHEW GALLAGHER<br><br>&<br><br>ATTENTIVE MOBILE, INC.<br><br>Defendant. | Case No.: 4:21-cv-1127 |

**NOTICE OF VOLUNTARY DISMISSAL AS TO**
**DEFENDANTS WATCH GANG, INC. & MATTHEW GALLAGHER**

COMES NOW Plaintiff, by and through his attorneys, and hereby dismisses, with prejudice, Defendants Watch Gang, Inc. & Matthew Gallagher pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure with each party to bear its own costs and fees.

Respectfully Submitted,

**HALVORSEN KLOTE**

By:    /s/ Samantha J. Orlowski

Samantha J. Orlowski, #72058
Joel S. Halvorsen, #67032
680 Craig Road, Suite 104
St. Louis, MO  63141
P: (314) 451-1314
F: (314) 787-4323
sam@hklawstl.com
joel@hklawstl.com
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned signature below is certification that a true and correct copy of this document was sent via court's electronic filing system this 22nd day of November 2021, to the following counsel of record:

**MANATT AND PHELPS LLP - Chicago**
Madelaine Newcomb, Esq.
151 N. Franklin St.
Suite 2600
Chicago, IL 60606
P: 312-477-4766
E: mnewcomb@manatt.com
*Attorney of Attentive Mobile, Inc.*

*/s/ Samantha J. Orlowski*